**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 96-7803**

---

DAVID BOYD KERR,

Plaintiff - Appellant,

versus

JANET SALYER; WILLIAM HILL; GEORGE DEEDS;
RICHARD YOUNG,

Defendants - Appellees.

---

Appeal from the United States District Court for the Western District of Virginia, at Roanoke.  Jackson L. Kiser, Chief District Judge.  (CA-96-962-R)

---

Submitted:  March 27, 1997        Decided:  April 4, 1997

---

Before RUSSELL, LUTTIG, and MICHAEL, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

David Boyd Kerr, Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals the district court's order denying relief on his 42 U.S.C. § 1983 (1994) complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>Kerr v. Salyer</u>, No. CA-96-962-R (W.D. Va. Nov. 7, 1996). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>